**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| APRIL MARKIEWICZ <br><br> Plaintiff, <br><br> v. <br><br><br> GALLOWAY, JOHNSON, TOMPKINS, BURR AND SMITH, APLC <br> Defendant. | CASE NO. 20-00805 <br><br> SECTION "A" <br><br> JURY TRIAL REQUESTED |

**ORDER**

Considering the foregoing Motion to Substitute filed by Plaintiff's counsel:

**IT IS HEREBY ORDERED,** that the Ex Parte Motion to Substitute is hereby **GRANTED**. Jessica. M. Vasquez is hereby substituted for J. Courtney Wilson.

New Orleans, Louisiana this 20th day of July, 2021.

_____
UNITED STATES DISTRICT COURT JUDGE