UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| APRIL MARKIEWICZ | CIVIL ACTION |
| VERSUS | NO: 20-805 |
| GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH, APLC | SECTION: "A" (4) |

## ORDER

Because the motion for summary judgment filed at document **40** contains more than 100 pages, counsel for the party that filed the motion must deliver to chambers within three (3) working days a hard copy of the submission in a binder with tabbed dividers for all exhibits and attachments. The hard copy of the submission must be printed from the Court's CM/ECF filing system so that each page contains the CM/ECF document header, which indicates the case number, record document number, filing date, and page number. The cover of the binder must include the case name, case number, document name, and record document number. If there are more than five (5) exhibits and attachments, the binder must include a table of contents describing each exhibit and attachment and listing which tab corresponds to each exhibit or attachment. No notice of compliance need be filed.

As to all parties, any future filings that are greater than 100 pages in total length shall be subject to the same requirement.

July 6, 2022

JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE