UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

APRIL MARKIEWICZ                                        CIVIL ACTION

VERSUS                                                 NO: 20-805

GALLOWAY, JOHNSON,                                     SECTION: "A" (4)
TOMPKINS, BURR & SMITH, APLC

## <u>ORDER</u>

In light of a criminal matter scheduled for trial on September 19, 2022,

**IT IS ORDERED** that the pretrial conference scheduled for **<u>Thursday, August 25,</u>**
**<u>2022</u>** shall proceed as a status conference with the Court BY TELEPHONE at **<u>10:45 a.m.</u>**
The call in number is **877-336-1280**; access code **2321992**.

**IT IS FURTHER ORDERED** that the jury trial scheduled for **<u>September 19, 2022</u>**
is **CANCELLED**.

August 9, 2022

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE